UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORI FERNANDEZ AND
MATTHEW FERNANDEZ

VERSUS

USAA CASUALTY INSURANCE
COMPANY

CIVIL ACTION

NO. 14-197-SDD-SCR

## RULING AND ORDER OF REMAND

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 10, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Motion to Remand*[3] filed by the Plaintiffs, Lori and Matthew Fernandez, is GRANTED and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge.

Baton Rouge, Louisiana the 14 day of July, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 5.
[3] Rec. Doc. 3.

19th JDC